IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 3859 |
| | ) | |
| F & A CONSULTING GROUP, INC., | ) | JUDGE WILLIAM T. HART |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of F & A CONSULTING GROUP, INC., an Illinois corporation, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On July 11, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on July 31, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Patrick N. Ryan

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of August 2008:

>Mr. Joseph W. Evervein, Registered Agent
>F & A Consulting Group, Inc.
>7366 N. Lincoln Avenue, #400
>Lincolnwood, IL   60712


/s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\F & A Consulting\motion for default and audit.pnr.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES M. SWEENEY, et al.

CASE NUMBER: 08CV3859

V.

ASSIGNED JUDGE: JUDGE HART

F & A CONSULTING GROUP, INC., an Illinois corporation

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

F & A Consulting Group, Inc.
c/o Joseph W. Evervein, Registered Agent
7366 N. Lincoln Avenue, #400
Lincolnwood, IL 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Girley_
**(By) DEPUTY CLERK**

July 7, 2008
Date

State of Illinois

General No.: 08CV3859

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

ERIC MOSKAL deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 7/11/2008 at 1:55:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with F & A Consulting Group, Inc. c/o Joseph W. Everein as shown below:

Served the wihin named F & A Consulting Group, Inc. c/o Joseph W. Everein by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Joseph W. Everein a person authorized to accept service of process as agent.

Said service was effected at 7366 N. Lincoln Ave., #400, Lincolnwood, IL 60712

Description of Person Served Sex: M  Height: 6'0  Weight: 190  Race: W  Age: 50ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

7-14-08
Dated

Eric Moskal
117-000192