IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 3859 |
| | ) | |
| F & A CONSULTING GROUP, INC., | ) | JUDGE WILLIAM T. HART |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF MOTION</u>

TO:      Mr. Joseph W. Evervein, Registered Agent
         F & A Consulting Group, Inc.
         7366 N. Lincoln Avenue, #400
         Lincolnwood, IL   60712

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **20th** day of **August 2008** at **11:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable William T. Hart, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2243, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of August 2008:

> Mr. Joseph W. Evervein, Registered Agent
> F & A Consulting Group, Inc.
> 7366 N. Lincoln Avenue, #400
> Lincolnwood, IL   60712


/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\F & A Consulting\notice of motion.pnr.df.wpd